**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maersk Line,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Act Shipping Inc.,<br><br>　　　　Defendant. | CV 11-2402 RSWL (AJWx)<br><br>**ORDER Re: Request to Reopen Case for Entry of Judgment [6]** |

On May 3, 2011, this Court conditionally dismissed this Action [5]. Pursuant to the Court's Order of Interlocutory Dismissal, Plaintiff had up to November 30, 2011, to request the Court to reopen the case in the event that settlement was not consummated by the Parties. On November 28, 2011, Plaintiff Maersk Line ("Plaintiff") filed the present Request to Reopen Case for Entry of Judgment [6]. The Court having reviewed all papers submitted pertaining to Plaintiff's Request, **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **GRANTS** Plaintiff's Request to Reopen Case for Entry of Judgment. The Court finds

1

1  that Defendant agreed to make a $6,000.00 payment and a
2  $1,023.00 payment to Plaintiff on September 30, 2011
3  and October 30, 2011, respectively.  The Court finds
4  that Defendant failed to make these payments to
5  Plaintiff.  As such, the Court finds that pursuant to
6  the Stipulation for Entry of Judgment signed by both
7  Parties, Plaintiff is entitled to a judgment against
8  Defendant.
9       Accordingly, the Court reopens this case and will
10 enter a judgment against Defendant in the amount of
11 $7,023.00 in unpaid payments, $654.72 in interest,
12 $4,000.00 in attorney's fees, and $350.00 in costs.
13 The total judgment of $12,027.72 shall bear interest at
14 the judgment rate from the date of entry until paid.
15
16 **IT IS SO ORDERED.**
17 DATED: January 18, 2012

*RONALD S.W. LEW*

-----

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge