JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MAERSK LINE, | ) | Case No.  CV 11-02402  RSWL (AJWx) |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ACT SHIPPING INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Stipulation for Entry of Judgment filed herein:

     IT IS ADJUDGED that Maersk Line recover from ACT Shipping, Inc. the sum of $12,027.72. and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: January 18, 2012

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

1